# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-2515

_____

Kenneth Ray Benton Pitts,                          *
                                                   *
            Appellant,                             *
                                                   *
      v.                                           *
                                                   *
T. Johnson, Ms., CO-1 Female Security      *      Appeal from the United States
Guard, Varner Unit, ADC; D. Miller,        *      District Court for the
Mr., Sgt. Male Security Guard, Varner       *      Eastern District of Arkansas.
Unit, ADC; Rick Toney, Warden,              *
Verner Unit, ADC; T. MS., ARO-             *      [UNPUBLISHED]
Grievance Officer, Varner Unit, ADC;        *
Larry B. Norris, Director, Arkansas         *
Department of Correction,                   *
                                                   *
            Appellees.                             *

_____

Submitted:  September 23, 1999
    Filed:   October 4, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Kenneth Ray Benton Pitts appeals from the district court's[1] order dismissing with prejudice his 42 U.S.C. § 1983 action. After careful review of the record, we conclude that briefing would serve no useful purpose and that the court properly dismissed the complaint under 28 U.S.C. § 1915A(b). We affirm for the reasons stated by the district court, but we modify the dismissal to be without prejudice. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.